1112

No. 81–1411.  PHELPS *v.* KANSAS SUPREME COURT ET AL., 456 U. S. 944;

No. 81–1492.  STANDARD DRYWALL, INC. *v.* UNITED STATES, 456 U. S. 927;

No. 81–1704.  HATCH ET UX. *v.* MADSEN, SUPERINTENDENT OF BANKS OF ARIZONA, RECEIVER, ET AL., 456 U. S. 962;

No. 81–6235.  THOMPSON *v.* SOUTH CAROLINA, 456 U. S. 938;

No. 81–6265.  NZONGOLA *v.* NZONGOLA, 456 U. S. 933;

No. 81–6266.  NZONGOLA *v.* NZONGOLA, 456 U. S. 933; and

No. 81–6372.  WADE *v.* TEXAS, 456 U. S. 964.  Petitions for rehearing denied.

JUNE 9, 1982

No. 81–2099.  NATIONAL CASH REGISTER CORP. *v.* CHATLOS SYSTEMS, INC.  C. A. 3d Cir.  Certiorari dismissed under this Court's Rule 53.

JUNE 10, 1982

No. 81–6301.  BALDWIN *v.* BLACKBURN, WARDEN, LOUISIANA STATE PENITENTIARY, ET AL., 456 U. S. 950.  Petition for rehearing dismissed under this Court's Rule 53.